**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

W.C.,                                    :
                                         :
          Petitioner,                    :
                                         :
v.                                       :        Case No. 4:26-cv-912-CDL-ALS
                                         :
Warden, STEWART DETENTION               :
CENTER,                                  :
                                         :
          Respondent.                    :
_____

**ORDER**

On June 8, 2026, the Court received Petitioner's *pro se* application for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1). On June 23, 2026, Petitioner paid the $5.00 filing fee. Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 24th day of June, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE